No. 1013.  BOVEY, WARDEN, *v.* GRANDSINGER.  C. A. 8th Cir.  Certiorari denied.  *Clarence S. Beck*, Attorney General of Nebraska, and *Ralph D. Nelson*, Special Assistant Attorney General, for petitioner.

No. 984.  MERWIN LIGHTERAGE Co., INC., *v.* VIRGIN ISLANDS CORP.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE HARLAN took no part in the consideration or decision of this application.  *Henry F. Butler* and *John D. Merwin* for petitioner.  *F. Herbert Prem* and *Warren H. Young* for respondent.

No. 997.  TALIAFERRO *v.* COAKLEY, SUPERIOR COURT JUDGE, ET AL.  District Court of Appeal of California, First Appellate District.  Motion to dispense with the printing of the petition granted.  Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion and application.

No. 556, Misc.  ADAMS *v.* BANMILLER, WARDEN.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.  Petitioner *pro se.*  *Raymond R. Start* for respondent.

No. 623, Misc.  JOHNSON *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 789, Misc.  MORRIS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.